# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3170

_____

| | | |
|---|---|---|
| Marjorie J. Johnson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Southern |
| Jan McClurg; Paul Viner; Brad | * | District of Iowa. |
| Musal; Scott County Soil & Water | * | |
| Conservation; Iowa Department of | * | [UNPUBLISHED] |
| Agriculture, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted:   January 30, 2003

Filed:   January 31, 2003

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

Marjorie J. Johnson appeals the district court's[*] dismissal of her complaint. Having carefully reviewed the record, we conclude the district court correctly dismissed the complaint for failing to state a claim. Accordingly, we affirm. See 8th

_____

[*]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Cir. R. 47B. We also decline to consolidate this appeal with another of Johnson's appeals, No. 02-3865.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.